UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAM TRAN,<br><br>                    Petitioner,<br><br>         v.<br><br>CLARK COUNTY COURT,<br><br>                    Respondent. | CASE NO. C22-5924 BHS<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge David W. Christel's Report and Recommendation ("R&R"), Dkt. 4, recommending the Court deny pro se Petitioner Tam Tran's application to proceed *in forma pauperis*, and deny his § 2254 petition for failure to comply with Judge Christel's order requiring Tran to file an amended petition correcting various deficiencies. Tran did not do so. Tran has not objected to the R&R, and the time for doing so expired on February 22, 2023.

The R&R is **ADOPTED**.

Tran's application to proceed *in forma pauperis* is **DENIED**.

Tran's § 2254 petition is **DENIED** and this matter is **DISMISSED** without prejudice.

ORDER - 1

1     The Court will **NOT** issue a Certificate of Appealability.

2     The Clerk shall enter a **JUDGMENT**, send copies of this order to Tran and to

3 Judge Christel, and close the case.

4     IT IS SO ORDERED.

5     Dated this 8th day of March, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2